```
01
02
03
04
05
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| FREDERICK J. FISCHER, | ) | CASE NO. C10-0106-JCC-MAT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER TO SHOW CAUSE |
| JOHN DOES 1-100, | ) | |
| Defendants. | ) | |

Plaintiff Frederick J. Fischer, who is presently confined in the Washington State Reformatory, submitted a proposed 42 U.S.C. § 1983 complaint without a filing fee or an application to proceed in forma pauperis ("IFP"). On January 25, 2010, the Office of the Clerk informed him of this deficiency and stated that if he failed by February 25, 2010, either to pay the $350 filing fee or to submit an IFP application, his case would be subject to dismissal. To this date, Mr. Fisher has failed to pay the filing fee or to submit an IFP application.

Mr. Fischer is ORDERED to show cause **within thirty (30) days** why his proposed civil-rights complaint should not be dismissed for failure to respond to the letter dated January 25, 2010, and for failure to prosecute. If Mr. Fischer pays the filing fee or submits an IFP

ORDER TO SHOW CAUSE
PAGE -1

application, such action will be deemed an adequate response to this order to show cause.  If Mr. Fischer fails to comply with this Order, the Court may recommend dismissal of this action.

The Clerk is directed to send copies of this Order to plaintiff and to the Honorable John C. Coughenour.

DATED this <u>11th</u> day of March, 2010.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -2