UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| FREDERICK J. FISCHER, | ) | CASE NO. C10-0106-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MINUTE ORDER |
| | ) | |
| JOHN DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The following Minute Order is made by direction of the Court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

It appears that plaintiff properly submitted the $350.00 filing fee for his civil rights complaint in January 2010. The Court therfore STRIKES the order to show cause (Dkt. 5) as moot. Plaintiff need not respond to the order to show cause.

DATED this 16th day of March, 2010.

BRUCE RIFKIN, Clerk

By s / Gary W. Burnopp
Deputy Clerk

MINUTE ORDER
PAGE -1