UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FREDERICK J. FISCHER,  )
 )  CASE NO. C10-0106-JCC-MAT
  Plaintiff,  )
 )
  v.  )
 )  ORDER TO SHOW CAUSE
DANIEL GRIFFITH, et al.,  )
 )
  Defendants.  )
_____  )

On November 4, 2010, counsel for defendants entered a Notice of Appearance. (Dkt. 17). Since that date, well over sixty days have passed and defendants have yet to file an answer. Accordingly, it is hereby ORDERED:

(1) Defendant(s) shall show cause within 21-days from receipt of this Order why plaintiff should not be granted relief; and

(2) The Clerk is directed to send a copy of this Order to counsel for defendant(s), to plaintiff, and to the Honorable John C. Coughenour.

DATED this 8th day of February, 2011.

Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -1