01

02

03

04

05

06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  FREDERICK FISCHER,                          )
                                                )   CASE NO. C10-106-JCC-MAT
09        Plaintiff,                            )
                                                )
10        v.                                    )   ORDER DENYING PLAINTIFF'S
                                                )   MOTIONS TO EXTEND TIME TO
11  DANIEL GRIFFITH, et al.                     )   CONDUCT DISCOVERY
                                                )
12        Defendants.                           )
    _____ )

13

14        Plaintiff Frederick J. Fischer moves for an extension of the discovery deadline (Dkt. 24)

15  and, apparently, to continue consideration of defendants' summary judgment motion so that he

16  may pursue additional discovery (Dkt. 26).   Defendants do not oppose extending the discovery

17  deadline and state that if their motion for summary judgment is denied a limited extension of

18  the discovery deadline would be warranted.   (Dkt. 25.)   Defendants do, however, oppose

19  deferring consideration of their motion for summary judgment both because further discovery

20  is unnecessary to respond to their arguments regarding exhaustion of administrative remedies

21  and qualified immunity and because plaintiff has not indicated what further discovery would

22  reveal.   (Dkt. 27.)   To date, plaintiff has failed to file a response to defendants' motion for

ORDER DENYING PLAINTIFF'S MOTIONS
TO EXTEND TIME TO CONDUCT DISCOVERY
PAGE -1

01  summary judgment, which noted on May 13, 2011, the same day on which defendants filed a

02  reply brief.  (Dkt. 28.)

03      The Court finds that plaintiff has failed to explain how his opposition to defendants'

04  summary judgment motion would be assisted by further discovery.  *See* Fed. R. Civ. P. 56(d).

05  The Court therefore **DENIES** plaintiff's motion for a continuance of defendants' summary

06  judgment motion in order to conduct further discovery.  (Dkt. 26.)  The Court also finds that

07  plaintiff has failed to justify extending the discovery deadline beyond the present date of June 2,

08  2011.  The Court therefore **DENIES** plaintiff's motion to extend the discovery deadline (Dkt.

09  24) but grants him leave to renew this motion should defendants' motion for summary

10  judgment be denied.  Nonetheless, in the interest of justice, the Court *sua sponte* **RENOTES**

11  defendants' motion for summary judgment (Dkt. 23) for consideration on **June 10, 2011**, which

12  means that plaintiff's substantive opposition to the motion for summary judgment is due on

13  **June 6, 2011**.  Defendants may file a supplemental reply brief by **June 10, 2011**.  Should

14  plaintiff fail to file a brief in opposition, the Court may consider this decision to be an admission

15  that defendants' motion for summary judgment has merit.  *See* Local Rule W.D. Wash. CR

16  7(b)(2).

17      The Clerk is directed to send copies of this Order to plaintiff and to the Honorable John

18  C. Coughenour.

19      DATED this <u>17th</u> day of May, 2011.

20

21

22                                          Mary Alice Theiler
                                            United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTIONS
TO EXTEND TIME TO CONDUCT DISCOVERY
PAGE -2