UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK FISCHER, | CASE NO. C10-0106-JCC-MAT |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF |
| DANIEL GRIFFITH, et al. | THE DISCOVERY DEADLINE |
| Defendants. | |

Plaintiff Frederick J. Fischer moves for an extension of the discovery deadline from June 2, 2011, to November 2, 2011. (Dkt. 38.) The Court **DENIES** this motion for an extension of the discovery deadline for the same reasons that it denied his previous two motions for an extension of the discovery deadline. (Dkt. 29.) Plaintiff has failed to explain how his opposition to defendants' summary judgment motion would be assisted by further discovery. *See* Fed. R. Civ. P. 56(d). The Court will entertain a renewed motion for an extension of the discovery deadline should defendants' pending motion for summary judgment be denied. The Court will reject summarily any motions for an extension of the discovery deadline filed before that time.

01 The Clerk is directed to send copies of this Order to plaintiff.

02 DATED this 25th day of August, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

PLAINTIFF'S MOTION FOR AN
EXTENSION OF THE DISCOVERY DEADLINE
PAGE -2